EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2005

at _____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00493-10 HG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ) | |
| DERICK VINCENT,  (10) ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Derick Vincent ("Defendant Vincent") on the grounds that Defendant Vincent was charged and sentenced in an Information, Cr. No. 04-00323 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Vincent in the Indictment for Cr. No. 03-00493 HG after sentencing.

  Defendant Vincent was sentenced on March 24, 2005, to thirty-six (36) months confinement. Defendant Vincent is currently in custody.

  DATED: Honolulu, Hawaii, __March 28, 2005__.

        EDWARD H. KUBO, JR.
        UNITED STATES ATTORNEY
        District of Hawaii

        By _/s/ Chris A. Thomas_
        CHRIS A. THOMAS
        Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

        __HELEN GILLMOR__
        UNITED STATES DISTRICT JUDGE

DATED: __31 MAR 2005__

United States v. Derick Vincent
Cr. No. 03-00493-10 HG
"Order for Dismissal"